IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLORIA WAGNER,             1:04-CV-05762-REC-DLB-P

    Plaintiff,

    vs.

WARDEN HENRY, et al.,

    Defendants.

ORDER DISREGARDING MOTION (DOCUMENT #41)

    Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On April 27, 2005, plaintiff filed a motion for appointment of counsel. Inasmuch as plaintiff's case was dismissed by this court on April 15, 2005, and plaintiff filed an appeal to the Court of Appeals for the Ninth Circuit on April 25, 2005, this motion is more properly brought before the Court of Appeals.  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for appointment of counsel is DISREGARDED by this court.

IT IS SO ORDERED.

**Dated:**   **May 25, 2005**              /s/ Dennis L. Beck
3c0hj8                             UNITED STATES MAGISTRATE JUDGE