Case 1:04-cv-05762-REC-DLB   Document 48   Filed 06/01/05   Page 1 of 1

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
2005 JUN -1 A 8 25
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
DEPUTY

| | |
|---|---|
| GLORIA WAGNER, | No. 05-15864 |
| Plaintiff - Appellant, | D.C. No. CV-04-05762-REC |
| v. | |
| DEPARTMENT OF CORRECTIONS; et al., | **ORDER** |
| Defendants - Appellees. | |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [X]

Explanation: Fourth Amended Complaint dismissed under 28 USC 1915A(b) for violation of Rule 8 and failure to state a claim.

_____
Judge
United States District Court

Date: May 31, 05